IN THE UNITED STATES DISTRICT COURT IN AND
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH WESTLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 08-190 _____ |
| | ) |
| THE MODERN MATURITY CENTER, | ) |
| INC., a Delaware Corporation, | ) |
| | ) |
| Defendant. | ) |

## **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

I. Jurisdiction and Parties

1. Upon information and belief, admitted.

2. Admitted.

II. Facts

3. The preceding answers are incorporated as if stated fully herein.

4. Admitted that Plaintiff is an employee of Defendant. The remainder of this paragraph states legal conclusions to which no response is required.

5. Admitted that Defendant is the employer of Plaintiff. The remainder of this paragraph states legal conclusions to which no response is required.

6. Admitted that Plaintiff is currently employed by Plaintiff and has worked at its Dover facility since 1988.

7. Denied as stated. It is admitted that Defendant employs Plaintiff and that Plaintiff has performed various duties, including food service.

8. This paragraph states legal conclusions to which no response is required. By way of answer, it is admitted that Plaintiff is not an exempt employee pursuant to Section 13(a)(1) of the Fair Labor Standards Act (FLSA).

9. Denied as stated. It is admitted that Plaintiff occasionally worked in excess of forty hours per week and that such time is reflected in Defendant's payroll records.

10. Denied.

### III. Cause of Action The Fair Labor Standards Act

11. The preceding Answers are incorporated as if stated fully herein.

12. Denied.

13. Denied.

14. Denied.

## AFFIRMATIVE DEFENSES

1. The Claims are barred in whole or in part by the applicable statute of limitations.

2. At all relevant times Defendant acted in good faith and had reasonable grounds for believing that it was in compliance with applicable law.

3. Defendant is entitled to setoff for any overtime or wages paid.

4. Plaintiff's claims are barred in whole or in part because Defendant's actions were not willful.

WHEREFORE, Defendant respectfully requests that this action be dismissed with prejudice, with costs and attorneys' fees assessed against Plaintiff.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/ Scott A. Holt*
                Scott A. Holt, Esquire (No. 3399)
                The Brandywine Building
                1000 West Street, 17th Floor
                P.O. Box 391
                Wilmington, Delaware 19899-0391
                Telephone: (302) 571-6623
                Facsimile: (302) 576-3299
                Email: sholt@ycst.com
                Attorney for Defendants

Dated: April 11, 2008

## CERTIFICATE OF SERVICE

I, Scott A. Holt, Esquire, hereby certify that on April 11, 2008 I caused two paper copies of **Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint** and this certificate of service to be delivered via U.S. Mail to:

>Walt F. Schmittinger, Esquire
>Schmittinger & Rodriguez, P.A.
>414 South State Street
>P.O. Box 497
>Dover, DE 19903-0497

>*/s/ Scott A. Holt*
>Scott A. Holt, Esquire (No. 3399)