IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Kenneth Westley, | * | C.A. No.: 08-190-GMS |
| Plaintiff, | * | |
| v. | * | ENTRY OF APPEARANCE |
| The Modern Maturity Center, Inc., | * | |
| Defendant | * | |

NOW COMES Noel E. Primos, Esquire, of, Schmittinger & Rodriguez, P.A., and hereby enters his appearance on behalf of the Plaintiff, Kenneth Westley, in the above-captioned matter.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar. I.D. #3124
414 South State Street
P.O. Box 497
Dover, Delaware 19901
Attorneys for Plaintiff

DATED: 5-1-08

NEP/wsm

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

ENTRY OF APPEARANCE

to be served upon:       Scott A. Holt, Esquire
                         Young Conaway Stargatt & Taylor
                         1000 West Street, 17th Floor
                         P.O. Box 391
                         Wilmington, DE 19899-0391

via electronic service on _May 1, 2008_.

                         SCHMITTINGER & RODRIGUEZ, P.A.

                         BY: _____
                         NOEL E. PRIMOS, ESQUIRE
                         Bar I.D. #3124
                         414 South State Street
                         P.O. Box 497
                         Dover, Delaware 19901
                         Attorneys for Plaintiff

DATED: 5-1-08

NEP/wsm